ALAN H. BARBANEL (Cal Bar No. 108196)
abarbanel@btlawla.com
ILYA A. KOSTEN (Cal Bar No. 173663)
ikosten@btlawla.com
BARBANEL & TREUER, P.C.
1925 Century Park East, Suite 350
Los Angeles, California 90067
Telephone: (310) 282-8088
Facsimile: (310) 282-8779

Attorneys for Defendant, UNITED STATES LIABILITY INSURANCE COMPANY

Barbanel & Treuer, P.C.
Attorneys at Law
1925 Century Park East, Suite 350
Los Angeles, California 90067
Tel (310) 282-8088 • Fax (310) 282-8779

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AGNES ITZHAKI, an individual; RONTAL DEVELOPMENT, LP, a California partnership; RONTAL DEVELOPMENT, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES LIABILITY INSURANCE COMPANY, a Pennsylvania corporation and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:20-cv-11271 AB (Ex)<br><br>[*The Hon. Andre Birotte Jr.*]<br><br>**DECLARATION OF MAUREEN CONNOR IN SUPPORT OF DEFENDANT UNITED STATES LIABILITY INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: April 9, 2021<br>Time: 10:00 A.M.<br>Crtrm.: 7B |

I, Maureen Connor, declare as follows:

1. I am employed as an Assistant Vice President and Coverage Specialist, in the Claims Department of United States Liability Insurance Company ("USLI"), a defendant in this action. I am responsible for the handling of this litigation and the claims that gave rise to this litigation and have personal knowledge of the facts set forth herein. These facts are known by me to be true and correct and, if called as a witness, I could and would competently testify as to those facts.

2. This declaration is submitted in support of USLI's concurrently filed motion for summary judgment.

3. All the exhibits attached hereto are true and correct copies of the documents said to be attached, each comprising a part of the claims file or underwriting file maintained by USLI in its regular course of business in connection with its insureds, the plaintiffs in this action.

4. Attached hereto as **Exhibit A** is a true and correct copy of USLI policy no. CL 1786660A, effective from December 8, 2017, to December 8, 2018. (Bates Nos. USLI 00045 to USLI 00099)

5. Attached hereto as **Exhibit B** are true and correct copies of pages 8 through 10 of the claims file notes entered by USLI Claims Examiner Cheryl Hazard, which summarize her communications with Agnes Itzhaki regarding Lou Peralta. (Bates Nos. USLI 00100 to USLI 00102) [Portions of Exhibit B are redacted to exclude USLI's attorney-client privileged communications with its legal counsel]. Also attached as part of Exhibit B is a true and correct copy of an email chain between Ms. Hazard and Ms. Itzhaki from between July 24 and July 26, 2019 regarding the same subject matter. (Bates Nos. USLI 00103 to USLI 00105, but to be read in reverse order).

6. During the course of investigating the Insureds' claim, USLI claim no. K125159, Agnes Itzhaki informed USLI on July 26, 2019, that "the [insured] property had become a dump site with people throwing away debris like mattresses, tires, rusted metal pieces, broken bottles, among others." See Exh. B at Bates Nos. USLI 00102 and USLI 00105.

7. Ms. Itzhaki further informed USLI on July 22, 2019, that Lou Peralta conducts motorcycle racing events and appears to do grubbing on the side. He had done other grubbing jobs for other customers in the area, which is how she knew of him. (Bates No. USLI 00100) Ms. Itzhaki also stated on July 22, 2019, that he had not worked for her before. Id.

Barbanel & Treuer, P.C.
Attorneys at Law
1925 Century Park East, Suite 350
Los Angeles, California 90067
Tel (310) 282-8088 • Fax (310) 282-8779

8. On July 26, 2019, Ms. Itzhaki provided written responses to a number of questions from USLI, as follows, which confirmed Lou Peralta was not an employee of the Insureds, but an independent contractor:

- Q. How much did Mr. Peralta charge for his services?
- A. Over several years I employed him and paid a total of $13,300.
- Q. How many times did Mr. Peralta provide grubbing services?
- A. At least twice and he did clear and cleanup at least three times.
- Q. Has Peralta provided grubbing services for you for any of your other properties?
- A. Yes
- Q. How did you learn of Mr. Peralta?
- A. I know him for many years, he was the past president of the California City Economic Development Corp of California City that was financed by the city.

(See Bates No. USLI 00101 to USLI 00105)

9. In addition to the foregoing, Ms. Itzhaki also informed USLI that she did not give Lou Peralta "a 1099 or W-9." See Exhibit B at USLI 00102 to USLI 00104.

10. Attached hereto as **Exhibit C** is a true and correct copy of a series of emails regarding grubbing and permits, exchanged between the Insureds and/or their representatives and agents, on the one hand, and persons employed by or representing the City of California City, on the other hand, during the period between March 15, 2018 and April 12, 2018, which were obtained by USLI during its claim investigation. (Bates Nos. USLI 00106 to USLI 00109)

11. Attached hereto as **Exhibit D** is a true and correct [redacted] copy of a May 11, 2018, Notice of Violations from Eastern Kern APCD, which reflects an "EKAPCD Rule 402" violation at the "Property of Agnes Itzhaki." The exhibit is

Barbanel & Treuer, P.C.
Attorneys at Law
1925 Century Park East, Suite 350
Los Angeles, California 90067
Tel (310) 282-8088 • Fax (310) 282-8779

redacted with regard to other purported violations by parties (and at properties) unrelated to this action. (Bates Nos. USLI 00110 to USLI 00112)

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26 day of February, 2021, at Greenwood Village, Colorado.

Maureen Connor

Barbanel & Treuer, P.C.
Attorneys at Law
1925 Century Park East, Suite 350
Los Angeles, California 90067
Tel (310) 282-8088 • Fax (310) 282-8779