ALAN H. BARBANEL (Cal Bar No. 108196)
abarbanel@btlawla.com
ILYA A. KOSTEN (Cal Bar No. 173663)
ikosten@btlawla.com
BARBANEL & TREUER, P.C.
1925 Century Park East, Suite 350
Los Angeles, California 90067
Telephone: (310) 282-8088
Facsimile: (310) 282-8779

Attorneys for Defendant, UNITED STATES LIABILITY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

AGNES ITZHAKI, an individual; RONTAL DEVELOPMENT, LP, a California partnership; RONTAL DEVELOPMENT, LLC, a California limited liability company,

Plaintiffs,

vs.

UNITED STATES LIABILITY INSURANCE COMPANY, a Pennsylvania corporation and DOES 1 through 100, inclusive,

Defendants.

Case No. 2:20-cv-11271 AB (Ex)

[*The Hon. Andre Birotte Jr.*]

**[PROPOSED] ORDER GRANTING DEFENDANT UNITED STATES LIABILITY INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**

Date: April 9, 2021
Time: 8:30 a.m.
Crtrm.: 7B

The Motion for Summary Judgment of Defendant United States Liability Insurance Company ("USLI") against the Complaint of Plaintiffs Agnes Itzhaki, Rontal Development, LP and Rontal Development, LLC ("Plaintiffs") came on regularly for hearing on April 9, 2021, in Courtroom 7B of the above-referenced Court before the Honorable Andre Birotte Jr, Judge Presiding.

After full consideration of all the submitted evidence, moving and responsive papers, separate statements of each party, points and authorities, and oral argument,



Barbanel & Treuer, P.C.
Attorneys at Law
1925 Century Park East, Suite 350
Los Angeles, California 90067
Tel (310) 282-8088 • Fax (310) 282-8779

the Court finds there are no triable issues of material fact and USLI is entitled to judgment in this action as a matter of law.

**IT IS HEREBY ORDERED, ADJUDGED**, and **DECREED** that USLI's motion for summary judgment against Plaintiffs is GRANTED in its entirety.

**IT IS SO ORDERED**

DATED:_____________ By:________________________________

Hon. Andre Birotte Jr

Barbanel & Treuer, P.C.
Attorneys at Law
1925 Century Park East, Suite 350
Los Angeles, California 90067
Tel (310) 282-8088 • Fax (310) 282-8779