NEIL R. ANAPOL, SBN #141764
LAW OFFICES OF NEIL R. ANAPOL
2550 Hollywood Way, Suite 202
Burbank, California 91505
Telephone: (818) 566-7355
Facsimile: (818) 566-7875

Attorneys for Plaintiffs Agnes Itzhaki, Rontal Development, LP, and Rontal Development, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA,**

**WESTERN DIVISION**

AGNES ITZHAKI, an individual; RONTAL DEVELOPMENT, LP, a California partnership; RONTAL DEVELOPMENT, LLC, a California limited liability company;

Plaintiffs,

vs.

UNITED STATES LIABILITY INSURANCE COMPANY, a Pennsylvania corporation, and DOES 1 through 100, inclusive;

Defendants.

Case No. 2:20-cv-11271 AB (Ex)

[*The Hon. Andre Birotte Jr.]*

PLAINTIFFS' EVIDENTIARY OBJECTIONS IN OPPOSITION TO EVIDENCE SUBMITTED BY UNITED STATES LIABILITY INSURANCE COMPANY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Date: April 9, 2021
Time: 10:00 A.M.
Crtrm.: 7B

Plaintiffs hereby submit their evidentiary objections to the (1) Declaration of Ilya Kosten in support of Defendant's Motion For Summary Judgment (2) Declaration of Maureen O'Connor in support of Defendant's Motion for Summary Judgment. Plaintiffs moves to strike the following:



Law Offices of Neil R. Anapol
2550 Hollywood Way, Suite 202
Burbank, California 91505
(818) 566-7355
FAX (818) 566-7875

| EXHIBIT 1 KOSTEN DECLARATION | OBJECTION | RULING |
|---|---|---|
| Exhibit B (Bates No. USLI 0015) Depiction of the Boundary Map of the Eastern Kern Air Pollution Control District ("EKAPCD") | Irrelevant (FRE 401); Lacks personal knowledge of the purported facts (FRE 601, 602); Lacks foundation (FRE 601, 602). | Sustained / Overruled |
| Exhibit C (Bates No. USLI 0016) is a true and correct image of the EKAPCD home page, which includes its mission statement – "to attain and maintain National and State Ambient Air Quality Standards and to insure air pollutants do not pose a nuisance or significant public health threat" | Irrelevant (FRE 401); Lacks personal knowledge of the purported facts (FRE 601, 602); Lacks foundation (FRE 601, 602). | Sustained / Overruled |
| Exhibit D (Bates Nos. USLI 0017 to USLI 0044) is a true and correct copy of the EKAPCD Rule 402, relating to fugitive dust, which is also available on the internet at: http://www.kernair.org/Rule%20Book/4%20Prohibitions/402_Fugitive_Dust.pdf | Irrelevant (FRE 401); Lacks personal knowledge of the purported facts (FRE 601, 602); Lacks foundation (FRE 601, 602). | Sustained / Overruled |
| KOSTEN DECLARATION, para. 8. EKAPCD Rule 402 was adopted on November 29, 1993, and amended on March 7, 1994, September 7, 1995, November 3, 2004, and March 12, 2015. (Bates No. USLI 0017) The purpose of Rule 402 is "to prevent, reduce, and mitigate ambient concentrations of anthropogenic fugitive dust emissions to an amount sufficient to attain and maintain the National Ambient Air Quality Standards (NAAQS) and California Ambient Air Quality Standards (CAAQS). See, Exhibit D hereto, Bates | Irrelevant (FRE 401, 402); Lacks personal knowledge of the purported facts (FRE 601, 602); Lacks foundation (FRE 601, 602); Speculative (FRE 601, 602). | Sustained / Overruled |

Law Offices of Neil R. Anapol
2550 Hollywood Way, Suite 202
Burbank, California 91505
(818) 566-7355
FAX (818) 566-7875

Law Offices of Neil R. Anapol
2550 Hollywood Way, Suite 202
Burbank, California 91505
(818) 566-7355
FAX (818) 566-7875

| | | |
|---|---|---|
| No. USLI 0017, Section I "Purpose." | | |
| KOSTEN DECLARATION, para 9 "Among other types of activities and operations, EKAPCD Rule 402 applies expressly to grubbing. See, Exhibit D hereto, Bates No. USLI 0017, Section II. "Applicability." | Irrelevant (FRE 401, 402); Lacks personal knowledge of the purported facts (FRE 601, 602); Lacks foundation (FRE 601, 602); Speculative (FRE 601, 602); Impermissible legal conclusions (FRE 701). | Sustained / Overruled |
| KOSTEN DECLARATION, para 10 "Under Section V. "Requirements" of EKAPCD Rule 402, "A. A person shall not cause or allow fugitive dust emissions from any active operation to remain visible in the atmosphere beyond the property line of the emission source. [and] B. An owner/operator of any active operation subject to this Rule shall implement one or more fugitive dust emission control strategy listed in Table 1, Reasonably Available Control Measure (RACM) or Table 2, Bulk Material Control Measures (BMCM) to limit visible dust emissions (VDE) to no more than 20% opacity or meet the conditions for a stabilized surface as defined in Section III.RR." Exhibit D hereto, commencing at Bates No. USLI 0024. | Irrelevant (FRE 401, 402); Lacks personal knowledge of the purported facts (FRE 601, 602); Lacks foundation (FRE 601, 602); Speculative (FRE 601, 602); Impermissible legal conclusions (FRE 701). | Sustained / Overruled |
| DECLARATION OF MAUREEN O'CONNOR, para 8<br><br>On July 26, 2019, Ms. Itzhaki provided written responses to a number of questions from USLI, as follows, which confirmed Lou Peralta was not an employee of the Insureds, but an independent contractor: | Impermissible legal conclusions (FRE 701); Speculative (FRE 601, 602); Argumentative (FRE 701); Irrelevant (FRE 401, 402); Lacks authentication (FRE 901); Failure to authenticate | Sustained / Overruled |

| | | |
|---|---|---|
| • Q. How much did Mr. Peralta charge for his services?<br>• A. Over several years I employed him and paid a total of $13,300.<br>• Q. How many times did Mr. Peralta provide grubbing services?<br>• A. At least twice and he did clear and cleanup at least three times.<br>• Q. Has Peralta provided grubbing services for you for any of your other properties?<br>• A. Yes<br>• Q. How did you learn of Mr. Peralta?<br>• A. I know him for many years, he was the past president of the California City Economic Development Corp of California City that was financed by the city.<br>(See Bates No. USLI 00101 to USLI 00105) | (FRE 901). | |
| 9. In addition to the foregoing, Ms. Itzhaki also informed USLI that she did not give Lou Peralta "a 1099 or W-9." See Exhibit B at USLI 00102 to USLI 00104 | Irrelevant (FRE 401, 402); Impermissible legal conclusions (FRE 701); Argumentative (FRE 701). | Sustained / Overruled |
| DECLARATION OF MAUREEN O'CONNOR, para 10<br><br>Attached hereto as **Exhibit C** is a true and correct copy of a series of emails regarding grubbing and permits, exchanged between the Insureds and/or | Irrelevant (FRE 401, 402); Lacks foundation (FRE 601, 602); Lacks authentication FRE 901; Failure to authenticate (FRE 901). | Sustained / Overruled |

Law Offices of Neil R. Anapol
2550 Hollywood Way, Suite 202
Burbank, California 91505
(818) 566-7355
FAX (818) 566-7875

| | | |
|---|---|---|
| their representatives and agents, on the one hand, and persons employed by or representing the City of California City, on the other hand, during the period between March 15, 2018 and April 12, 2018, which were obtained by USLI during its claim investigation. (Bates Nos. USLI 00106 to USLI 00109) | | |
| DECLARATION OF MAUREEN O'CONNOR, para 11<br><br>Attached hereto as Exhibit D is a true and correct [redacted] copy of a May 11, 2018, Notice of Violations from Eastern Kern APCD, which reflects an "EKAPCD Rule 402" violation at the "Property of Agnes Itzhaki." The exhibit is redacted with regard to other purported violations by parties (and at properties) unrelated to this action. (Bates Nos. USLI 00110 to USLI 00112) | Irrelevant (FRE 401, 402); Lacks foundation (FRE 601, 602); Lacks authentication (FRE 901); Failure to authenticate (FRE 901. | Sustained / Overruled |

Dated: March 19, 2021

LAW OFFICES OF NEIL R. ANAPOL

By: ____________

Neil R. Anapol
Attorneys for plaintiffs Agnes Itzhaki, Rontal Development, LP, and Rontal Development, LLC

Law Offices of Neil R. Anapol
2550 Hollywood Way, Suite 202
Burbank, California 91505
(818) 566-7355
FAX (818) 566-7875

## PROOF OF SERVICE

I, the undersigned, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is **2550 Hollywood Way, Suite 202, Burbank, California 91505.**

On March 19, 2021 I served the foregoing document entitled PLAINTIFFS' EVIDENTIARY OBJECTIONS IN OPPOSITION TO EVIDENCE SUBMITTED BY UNITED STATES LIABILITY INSURANCE COMPANY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT on all the appearing and/or interested parties in this action by placing the original and/or a true copy thereof enclosed in sealed envelope(s) addressed as follows:

ILYA A. KOSTEN
BARBANEL & TREUER, P.C.
1925 Century Park East, Suite 350
Los Angeles, California 90067

ikosten@btlawla.com
Telephone: (310) 282-8088
Facsimile: (310) 282-8779
[Attorneys for Defendant United States Liability Insurance Company]

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed March 19, 2021 at Los Angeles, California.

Neil R. Anapol
Print Name

Signature

Law Offices of Neil R. Anapol
2550 Hollywood Way, Suite 202
Burbank, California 91505
(818) 566-7355
FAX (818) 566-7875