JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AGNES ITZHAKI, an individual; RONTAL DEVELOPMENT, LP, a California partnership; RONTAL DEVELOPMENT, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES LIABILITY INSURANCE COMPANY, a Pennsylvania corporation and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:20-cv-11271 AB (Ex)<br><br>[*The Hon. Andre Birotte Jr.*]<br><br>[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANT UNITED STATES LIABILITY INSURANCE COMPANY AGAINST PLAINTIFFS AGNES ITZHAKI, RONTAL DEVELOPMENT, LP, AND RONTAL DEVELOPMENT, LLC |

On May 4, 2021, the Court issued an order granting defendant UNITED STATES LIABILITY INSURANCE COMPANY'S motion for summary judgment against plaintiffs, finding no duty to defend the underlying action entitled *Takas v. City of California City, et al.*, Kern County Superior Court, Case No. BCV-19-101351 (CM-ECF Doc. No. 27).  In accordance with the reasons stated in the Order granting summary judgment, the Court hereby ORDERS, ADJUDGES, AND DECREES AS FOLLOWS:

/ / /

# [PROPOSED] JUDGMENT

1. Judgment is entered in favor of defendant UNITED STATES LIABILITY INSURANCE COMPANY;

2. Plaintiffs AGNES ITZHAKI, RONTAL DEVELOPMENT, LP, and RONTAL DEVELOPMENT, LLC shall take nothing from Defendant UNITED STATES LIABILITY INSURANCE COMPANY;

3. The Action is hereby DISMISSED WITH PREJUDICE; and

4. Defendant UNITED STATES LIABILITY INSURANCE COMPANY is entitled to recover its costs from the plaintiffs AGNES ITZHAKI, RONTAL DEVELOPMENT, LP, and RONTAL DEVELOPMENT, LLC, or any of them.

**IT IS SO ORDERED**.

DATED: May 26, 2021      _____
                         HONORABLE ANDRÉ BIROTTE JR.
                         UNITED STATES DISTRICT COURT JUDGE

_____